UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**APRIL BASTYR**,

    Plaintiff,                                        Case No. 17-cv-12005
                                                             Hon. Matthew F. Leitman

v.

**DULANY & ASSOCIATES, PLLC**,
and **JEFFREY A. DULANY**,

    Defendants.

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

This matter having come before the Court on the Stipulation of the parties (ECF #29), **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  May 2, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 2, 2019, by electronic means and/or ordinary mail.

                                                       s/Holly A. Monda
                                                     Case Manager
                                                     (810) 341-9764